> Dismissal with prejudice acknowledged [46].
>
> *Matthew P. Brookman*
> Matthew P. Brookman, Judge
> United States District Court
> Southern District of Indiana
>
> Dated: March 19, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEXTER LUCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CASE NO. 1:23-CV-00293-MPB-MKK |
| INDIANA UNIVERSITY HEALTH BLOOMINGTON, INC. d/b/a Indiana University Health Bloomington Hospital, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this civil action hereby stipulate and agree to the dismissal of the above-captioned action with prejudice, with each party bearing his or its own costs and fees.

Dated March 18, 2024.

Respectfully submitted,

JOHN H. HASKIN & ASSOCIATES

By: *s/ Julie C. Alexander (with permission)*
   Julie C. Alexander
   John H. Haskin
   John H. Haskin & Associates
   255 North Alabama Street, 2nd Floor
   Indianapolis, Indiana  46204
   *jhaskin@jhaskinlaw.com*
   *jalexander@jhaskinlaw.com*

Attorneys for Plaintiff
Dexter Luck

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Bonnie L. Martin*
   Bonnie L. Martin, Atty. No. 20248-18
   Caitlin S. Schroeder, Atty. No. 30121-45
   300 N. Meridian St., Suite 2700
   Indianapolis, IN  46204
   Telephone:  317.916.1300
   Facsimile:  317.916.9076
   *bonnie.martin@ogletree.com*
   *caitlin.schroeder@ogletree.com*

Attorneys for Defendant
Indiana University Health Bloomington, Inc.
d/b/a Indiana University Health Bloomington Hospital